No. 69–5032. ARKWRIGHT v. GEORGIA. Sup. Ct. Ga.

No. 69–5033. ATKINSON v. SOUTH CAROLINA. Sup. Ct. S. C.

No. 69–5034. CARTER v. OHIO. Sup. Ct. Ohio.

No. 69–5036. HUBBARD v. ALABAMA. Sup. Ct. Ala.

No. 69–5038. KEATON v. OHIO. Ct. App. Ohio, Franklin County.

No. 69–5039. LEE, AKA KING v. GEORGIA. Sup. Ct. Ga.

No. 69–5043. HUFFMAN v. BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex.

No. 69–5044. SWAIN v. ALABAMA. Sup. Ct. Ala.

No. 69–5045. THACKER v. GEORGIA. Sup. Ct. Ga.

No. 69–5047. DULING v. OHIO. Sup. Ct. Ohio.

No. 69–5048. LASKEY v. OHIO. Sup. Ct. Ohio.

No. 69–5049. WILLIAMS v. GEORGIA. Sup. Ct. Ga.

No. 70–3. WALKER v. GEORGIA. Sup. Ct. Ga.

No. 70–5. LIMONE ET AL. v. MASSACHUSETTS. Sup. Jud. Ct. Mass.

No. 71–1139. LIMONE ET AL. v. MASSACHUSETTS. Sup. Jud. Ct. Mass.

No. 70–5001. POLAND v. LOUISIANA. Sup. Ct. La.